People v Foster (2025 NY Slip Op 00060)

People v Foster

2025 NY Slip Op 00060

Decided on January 07, 2025

Appellate Division, First Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided and Entered: January 07, 2025

Before: Webber, J.P., Friedman, Mendez, Shulman, Rodriguez, JJ. 

Ind. No. 1099/21 Appeal No. 3419 Case No. 2022-02677 

[*1]The People of the State of New York, Respondent,
v
Joseph Foster, Defendant-Appellant.

Jenay Nurse Guilford, Center for Appellate Litigation, New York (David J. Klem of counsel), for appellant.
Alvin L. Bragg, Jr., District Attorney, New York (Alex King of counsel), for respondent.

Judgment, Supreme Court, New York County (Michele S. Rodney, J.), rendered June 2, 2022, convicting defendant, upon his plea of guilty, of assault in the second degree, and sentencing him to a term of two years, unanimously modified, as a matter of discretion in the interest of justice, to the extent of vacating the surcharge and fees imposed at sentencing, and otherwise affirmed.
The court providently exercised its discretion in denying defendant youthful offender treatment, in view of "the violent nature of the crime" (People v Redwood, 41 AD3d 275, 276 [1st Dept 2007], lv denied 9 NY3d 880 [2007]) and other aggravating circumstances (see People v Williams, 225 AD3d 553 [1st Dept 2024], lv denied 41 NY3d 1005 [2024]). We also perceive no basis for reducing the sentence.
Based on our own interest of justice powers, we vacate the surcharge and fees imposed on defendant at sentencing (see People v Cherif, 220 AD3d 543, 544 [1st Dept 2023], lv denied 40 NY3d 1079 [2023]; People v Chirinos, 190 AD3d 434 [1st Dept 2021]). We note that the People consent to this relief.
THIS CONSTITUTES THE DECISION AND ORDER OF THE SUPREME COURT, APPELLATE DIVISION, FIRST DEPARTMENT.
ENTERED: January 7, 2025